# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Edward J Mosley | ) | Chapter 13 |
| Charlene M Cutright | ) | Case No. 17 B 14291 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Edward J Mosley
Charlene M Cutright
8635 S Constance Ave
Chicago, IL  60617

Debtor Attorney: Ledford Wu & Borges LLC
via Clerk's ECF noticing procedures

On January 24, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, January 17, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On May 05, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 25, 2018, for a term of 60 months with payments of $804.00.

The status of the debtor's plan is:

| | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 20 | $15,448.00 | $12,232.00 | $3,216.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/17/2019
Due Each Month: $804.00
Next Pymt Due: 02/04/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/26/2017 | 4310023000 | $725.00 | 11/08/2017 | 4428823000 | $725.00 |
| 12/29/2017 | 4551970000 | $725.00 | 01/11/2018 | 4585713000 | $725.00 |
| 01/15/2018 | 4594785000 | $725.00 | 02/09/2018 | 4658782000 | $804.00 |
| 04/09/2018 | 4822207000 | $1,608.00 | 06/13/2018 | 4987650000 | $804.00 |
| 07/09/2018 | 5059383000 | $804.00 | 07/27/2018 | 5099815000 | $804.00 |
| 09/17/2018 | 5234122000 | $804.00 | 11/12/2018 | 5388030000 | $804.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE