# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Edward J Mosley | ) | Chapter 13 |
|        Charlene M Cutright | ) | Case No. 17 B 14291 |
|        Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Edward J Mosley  
Charlene M Cutright  
8635 S Constance Ave  
Chicago, IL  60617

Debtor Attorney: Borges & Wu LLC  
via Clerk's ECF noticing procedures

On March 04, 2021 at 1:00 pm, I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

   **To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

   **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then en the meeting ID and password.

   **Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, February 12, 2021.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Edward J Mosley | ) | Chapter 13 |
| Charlene M Cutright | ) | Case No. 17 B 14291 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On May 05, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 25, 2018, for a term of 60 months with payments of $804.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 45 | $35,548.00 | $30,779.00 | $4,769.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/11/2021
Due Each Month: $804.00
Next Pymt Due: 03/04/2021

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/04/2019 | 229106003Other | $1,650.00 | 10/30/2019 | 6288686000 | $804.00 |
| 12/31/2019 | 6443535000 | $804.00 | 01/29/2020 | 6513764000 | $804.00 |
| 01/29/2020 | 513764003Other | $805.00 | 05/15/2020 | 6790961000 | $804.00 |
| 05/15/2020 | 6790996000 | $804.00 | 05/15/2020 | 790961003Other | $804.00 |
| 07/08/2020 | 6927178000 | $804.00 | 09/11/2020 | 7079743000 | $804.00 |
| 09/11/2020 | 079743003Other | $810.00 | 12/10/2020 | 7298774000 | $804.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE