# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re: Edward J Mosely** | ) | 17 B 14291 |
| **Charlene M Cutright** | ) |  |
| Debtor(s), | ) | **Judge Timothy A. Barnes** |
|  | ) |  |

### *Notice of Motion*

TO:

| | |
|---|---|
| Edward J Mosely | Xiaoming Wu, |
| Charlene M Cutright | Borges and Wu; |
| 8635 S Constance | U.S. Trustee *via the Clerk's ECF* |
| Chicago, IL 60617 | *noticing procedures* |

PLEASE TAKE NOTICE that on **December 8, 2022,** at 9:00 A.M., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in Courtroom 744 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, or electronically as described below, and present the Trustee's Motion to Dismiss Case, a copy of which is attached.

All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## *Certificate of Service*

The undersigned certifies that a copy of the foregoing Notice of Motion was served to the above listed persons by placing a copy of same in the US mail, first class postage prepaid and/or as addressed and by the method indicated above on November 21, 2022.

Marilyn O Marshall, Standing Trustee

/s/ O. Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S. Michigan Ave.
Suite 800
Chicago, IL  60604
(312) 431-6533

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re: Edward J Mosely** | ) | 17 B 14291 |
| **Charlene M Cutright** | ) | |
| Debtor(s), | ) | **Judge Timothy A. Barnes** |

*Motion to Dismiss Case*

COMES NOW Marilyn O Marshall, Standing Trustee, pursuant to Section 1307(c)(1), §349, of the Bankruptcy Code and requests that this case be dismissed, and in support, states as follows:

1. This current petition for relief under Chapter 13 of Title 11 USC was filed on May 5, 2017.

2. This is a core proceeding under 28 USC §157.

3. The January 16, 2018, plan in this case, docket 43, was confirmed on January 25, 2018.

4. The confirmed plan provides in part: "All non-exempt proceeds of the pending litigation by the Debtor will be turned over to the Trustee within 7 days of receipt by the Debtor as an additional plan payment."

5. The Debtor claimed a $15,000.00 exemption in the litigation.

6. The Debtor received approximately $56,369.03 and $8,655.29 in 2 separate settlements according to documents dated March 21, 2019.

7. These amounts were the net amounts payable to the Debtor.

8. The Debtor further received a third settlement in the amount of $41,001.15 in a document dated December 16, 2021.

9. Again this amount was the net amount the debtor received.

10. No funds were turned over to the Trustee from the settlement proceeds.

11. According to the confirmed plan, Debtor should have turned over to the Trustee $91,025.47.

12. The turnover provision is a material provision of the confirmed plan.

13. The debtor is in material default of the turnover provision of the confirmed plan.

WHEREFORE, Trustee requests that this Court dismiss this case for cause, and for any and all other relief this Court deems just and proper.

                Respectfully Submitted,
                Marilyn O Marshall
                /s/ O. Anthony Olivadoti

Office of the Chapter 13 trustee
Marilyn O Marshall
224 S. Michigan Ave.
Suite 800
Chicago, IL  60604
(312) 431-6533