**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Edward Mosley | ) | Case No. 17-14291 |
| | ) | |
| Charlene Cutright | ) | CHAPTER 13 |
| Debtor(s) | ) | |
| | ) | Judge Timothy A. Barnes |

### NOTICE OF FILING

TO:

Marilyn O Marshall  (via electronic notice)

United States Trustee (via electronic notice)

Edward Mosley, 8635 S. Constance, Chicago, IL 60617

PLEASE TAKE NOTICE that on November 24, 2022 we filed with the Clerk of the Bankruptcy Court Amended Schedules A, B and C, a copy of which is hereby served upon you.

/s/   Michael C. Burr
Michael C. Burr
Borges & Wu, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

### PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 105 W. Madison Street, Chicago, IL 60602, on November 25, 2022 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

s/   Michael C. Burr
Michael C. Burr
Borges & Wu, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

### CREDITORS SERVED

-Ally Financial Inc. f/k/a GMAC Inc. ,PO Box 130424,"Roseville, MN 55113 ",,,,
-"PRA Receivables Management, LLC ",PO Box 41021,"Norfolk, VA 23541 ",,,
-PHH Mortgage Corp., PO BOX 24605,Attn: Bankr. Dept.,West Palm Beach, FL 33416-4605,,
-ADT ,Attn:  Bankruptcy Department,PO Box 650485,"Dallas, TX 75265-0485", ,,
-AT&T ,P.O.Box 930170,"Dallas, TX 75393-0170", ,,,
-Advocate Health and Hospitals ,2025 Windsor Drive,"Oak Brook, IL 60523",
-Atg Credit Llc ,1700 W Cortland St,Ste 2,"Chicago, IL 60622", ,,
-Bank Of America ,Nc4-105-03-14,Po Box 26012,"Greensboro, NC 27410", ,,
-Barclays Bank Delaware ,100 S West St,"Wilmington, DE 19801", ,,
-Capital One ,Attn: General Corsp./Bankruptcy,Po Box 30285,"Salt Lake City, UT 84130", ,,
-Cardworks/CW Nexus ,Attn: Bankruptcy,Po Box 9201,"Old Bethpage, NY 11804", ,,
-Chase Card ,Attn: Correspondence Dept,Po Box 15298,"Wilmington, DE 19850", ,,
-Chrysler Financial ,P.O. Box 2993,"Milwaukee, WI  53201-2993", ,,,
-Citibank ,Citicorp Cr Srvs/Centralized Bankruptcy,Po Box 790040,"S Louis, MO 63129", ,,
-City of Chicago Water Department ,333 S. State Street,"Chicago, IL 60604", ,,,
-ComEd ,3 Lincoln Center,Attn: Bkcy Group-Claims Department,"Oakbrook Terrace, IL
60181", ,,
-Comcast ,PO Box 3002,"Southeastern, PA 19398-3002", ,,,
-De Lasalle Institute ,3455 S. Wabash, ,,,,
-Discover Financial ,Po Box 3025,"New Albany, OH 43054", ,,,
-Elastic ,4030 Smith Road,"Cincinnati, OH 45209", ,,,
-Fed Savings ,1 Corporate Dr,"Lake Zurich, IL 60047", ,,,
-Illinois Child Support Enforcement ,509 S. 6th St.,"Springfield, IL 62701-1825", ,,,
-Internal Revenue Serivce ,P.O. Box 7346,"Philadelphia, PA 19101-7346", ,,,
-"LVNV Funding, LLC its successors and assigns","assignee of Citibank, N.A.",Resurgent
Capital Services,PO Box 10587,"Greenville, SC 29603-0587", ,
-"LVNV Funding, LLC its successors and assigns",assignee of LendingClub Corporation &,LC
Trust I,Resurgent Capital Services,PO Box 10587,"Greenville, SC 29603-0587 ",
-"LVNV Funding, LLC its successors and assigns",assignee of The First National Bank of,Eagle
Lake,Resurgent Capital Services,PO Box 10587,"Greenville, SC 29603-0587 ",
-Lending Club Corp ,71 Stevenson St,Suite 300,"San Francisco, CA 94105", ,,
-MABT ,121 Continental Dr Ste 1,"Newark, DE 19713", ,,
-MERCY HOSPITAL ,2525 S. MICHIGAN,"Chicago, IL 60616", ,,,
-MERRICK BANK ,Resurgent Capital Services,PO Box 10368,"Greenville, SC 29603-0368", ,,
-Midland Funding LLC ,"Midland Credit Management, Inc","as agent for Midland Funding,
LLC",PO Box 2011,"Warren, MI 48090", ,
-Mopar ,PO Box 2700,"Troy, MI 48007", ,,,
-Oasis Legal Finance ,9525 W Bryn Mawr Ave,Suite 900,Rosemont IL 60018, ,,n
-Orland Park Medical ,1751 S. Naperville Rd Ste 200,"Wheaton, IL 60189-5896", ,,,
-Pathology Consultants ,PO BOX 88493,"Chicago, IL 60680-1493", ,,,
-People&#039;s Gas ,Attn:  Special Projects,130 E. Randolph Dr.,"Chicago, IL 60601", ,,
-"Portfolio Recovery Associates, LLC ",Successor to BARCLAYS BANK
DELAWARE,(BARCLAYCARD),POB 41067,"Norfolk, VA 23541", ,

-"Portfolio Recovery Associates, LLC ","Successor to CAPITAL ONE BANK (USA),N.A.","(CAPITAL ONE BANK, N.A.)",POB 41067,"Norfolk, VA 23541", ,

-"Portfolio Recovery Associates, LLC ","Successor to CAPITAL ONE, N.A.",(FIFTH THIRD BANK),POB 41067,"Norfolk, VA 23541", ,

-Santander Consumer USA Inc an IL Corp ,dba Chrysler Capital,PO Box 961275,"Fort Worth, TX 76161", ,,n

-Sprint ,Attn: Bankruptcy Dept.,P.O. Box 8077,"London, KY 40742", ,,

-State Collection Service ,2509 S. Stoughton Road,"Madison, WI 53716", ,,,

-Synchrony Bank ,"c/o PRA Receivables Management, LLC",PO Box 41021,"Norfolk, VA 23541", ,,

-Synchrony Bank/ JC Penney ,Attn: Bankruptcy,Po Box 956060,"Orlando, FL 32896", ,,

-Synchrony Bank/Care Credit ,Attn: Bankruptcy,Po Box 956060,"Orlando, FL 32896", ,,

-Synchrony Bank/Lowes ,Attn: Bankruptcy,Po Box 956060,"Orlando, FL 32896", ,,

-Trinity Hospital ,2320 East 93rd Street,"Chicago, IL 60617", ,,,

-UAS/Education Empowerment Fund ,PO Box 6491,"Carol Stream, IL 60197", ,,,

-URO Partners ,2245 Enterpirse Dr,"Westchester, IL 60154", ,,,

-University of Chicago Med Ctr ,15965 Collection Ctr Dr,"Chicago, IL 60693", ,,,

-Uro Partners L.L.C. ,"676 N. St. Clair, Ste 1838","Chicago, IL 60611", ,,,

-Verizon ,by American InfoSource LP as agent,4515 N Santa Fe Ave,"Oklahoma City, OK 73118", ,,

-Charlene M Cutright ,8635 S. Constance Ave,"Chicago, IL 60617 ",,,,

-Edward J Mosley ,8635 S. Constance Ave,"Chicago, IL 60617 ",,,,

-Patrick S Layng ,"Office of the U.S. Trustee, Region 11" (Via ECF)